IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

    Plaintiff,                                                No. CIV S-05-1010 DFL JFM P

    vs.

SACRAMENTO COUNTY DEPARTMENT OF MEDICAL SYSTEMS CORRECTIONAL HEALTH SERVICES, et al.,

    Defendants.                                  ORDER

/

          Plaintiff, a federal inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy in support of his application.

          In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account

1

1  statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's
2  failure to comply with this order will result in a recommendation that this action be dismissed
3  without prejudice.
4  DATED: June 3, 2005.

UNITED STATES MAGISTRATE JUDGE

/001
maga1010.3c+n