IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

      Plaintiff,                        No. CIV S-05-1010 DFL JFM P

    vs.

SACRAMENTO COUNTY
DEPARTMENT OF MEDICAL
SYSTEMS CORRECTIONAL
HEALTH SERVICES, et al.,

      Defendants.                     <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 22, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

/////

1

1  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 22, 2005, are adopted in full; and

2. This action is dismissed without prejudice.

DATED: 9/9/2005

_____
DAVID F. LEVI
United States District Judge