1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOSE LUIS MAGANA,

11              Plaintiff,                    No. CIV S-05-1010 DFL JFM P

12        vs.

13    SACRAMENTO COUNTY
      DEPARTMENT OF MEDICAL
14    SYSTEMS CORRECTIONAL
      HEALTH SERVICES, et al.,

15

16              Defendants.          FINDINGS & RECOMMENDATIONS

17    _____/

18              By order filed December 21, 2005, plaintiff's amended complaint was dismissed

19    and thirty days leave to file a second amended complaint was granted.  The thirty day period has

20    now expired, and plaintiff has not filed a second amended complaint or otherwise responded to

21    the court's order.

22              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

23    without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

24              These findings and recommendations are submitted to the United States District

25    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

26    days after being served with these findings and recommendations, plaintiff may file written

1

objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  January 25, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; maga1010.fta