IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

        Plaintiff,               No. CIV S-05-1010 DFL JFM P

    vs.

SACRAMENTO COUNTY
DEPARTMENT OF MEDICAL
SYSTEMS CORRECTIONAL
HEALTH SERVICES, et al.,

        Defendants.           <u>ORDER</u>

_____/

        On January 24, 2006, this court issued findings and recommendations recommending that this action be dismissed based on plaintiff's failure to file an amended complaint pursuant to this court's December 21, 2005 order.  On February 10, 2006, plaintiff filed a letter in which he stated that because he has been repeatedly transferred by the Bureau of Prisons, prison officials have been holding his mail and he has not received any court orders or other documents issued during November and December, 2005.  The court construes this letter as a request for extension of time to comply with this court's order.  Good cause appearing, the January 24, 2006 findings and recommendations will be vacated and plaintiff will be granted an extension of time which to comply with this court's December 21, 2005 order.  The Clerk of the Court will be directed to re-serve a copy of all orders and findings and recommendations issued

1

in November and December 2005 to plaintiff at his present address of record.

Plaintiff is cautioned that he should continue to apprise the court of any change of address.  Failure to timely comply with this order will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1.  The January 24, 2006 findings and recommendations are vacated;

2.  Plaintiff's February 10, 2006 letter, construed as a request for extension of time, is granted;

3.  Within thirty days from the date of this order, plaintiff shall file an amended complaint that complies with this court's December 21, 2005 order; and

4.  The Clerk of the Court is directed to re-serve a copy of the court's orders and findings and recommendations issued in November and December, 2005, specifically documents with docket numbers 15, 20, 21 and 23.

DATED:  February 27, 2006.

UNITED STATES MAGISTRATE JUDGE

/001
maga1010.eot

2