IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

    Plaintiff,                               No. CIV S-05-1010 DFL JFM P

    vs.

SACRAMENTO COUNTY DEPARTMENT OF MEDICAL SYSTEMS CORRECTIONAL HEALTH SERVICES, et al.,

    Defendants.                <u>ORDER</u>

/

        Plaintiff is a federal prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 13, 2006, plaintiff filed a second motion for relief from judgment. Plaintiff is advised that his previous motion for relief from judgment was granted and this action was reopened on November 15, 2005. Accordingly, plaintiff's March 13, 2006 motion will be denied as duplicative.

        By order filed March 1, 2006, plaintiff was ordered to file, within thirty days, an amended complaint that complies with the court's December 21, 2005 order. Shortly thereafter, the court received plaintiff's notice of change of address, and the court's March 1, 2006 and the orders referenced therein, were re-served on plaintiff's new address on March 13, 2006. Good

1

cause appearing, plaintiff will be granted an extension of time to file his amended complaint pursuant to the March 1, 2006 and December 21, 2005 orders. However, plaintiff is cautioned that no further extensions of time will be granted. This action was filed in May, 2005; under the Federal Rules of Civil Procedure, plaintiff has 120 days to accomplish service of process over defendants. Fed. R. Civ. P. 4(m). If plaintiff wishes to proceed with this action, he must file an amended complaint within the next thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 13, 2006 motion is denied without prejudice; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint that complies with the March 1, 2006 and December 21, 2005 orders.

DATED: March 20, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; maga1010.36