IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIEZER CHAVEZ GARIBAY,
aka JOSE LUIS MAGANA,

      Plaintiff,                    No. CIV S-05-1010 DFL JFM P

    vs.

DR. SANDRA M. HAND, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis[1] with an action filed pursuant to 42 U.S.C. § 1983. By order filed September 29, 2006, plaintiff's second amended complaint was dismissed with leave to file a third amended complaint. Plaintiff has now filed a third amended complaint.

        The third amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the third amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

/////

---

[1] On October 24, 2006, plaintiff filed another application to proceed in forma pauperis. Plaintiff was granted leave to proceed in forma pauperis on December 21, 2005.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Dr. Sandra M. Hand, Tamara Robinson, M.D., Dr. Hambly, LVN K.S. Gonzales, LVN Susan Clanton and Medical Assistant N. Watson.

2. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and a copy of the third amended complaint filed October 24, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Seven copies of the endorsed third amended complaint filed October 24, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 13, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; maga1010.1amd

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIEZER CHAVEZ GARIBAY,
aka JOSE LUIS MAGANA,

      Plaintiff,

   vs.

DR. SANDRA M. HAND, et al.,

      Defendants.
_____/

No. CIV S-05-1010 DFL JFM P

NOTICE OF SUBMISSION
OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                          Third Amended Complaint

DATED:

                                      _____
                                      Plaintiff