IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIEZER CHAVEZ GARIBAY,
aka JOSE LUIS MAGANA,

       Plaintiff,                     No. CIV S-05-1010 RRB JFM P

    vs.

DR. SANDRA M. HAND, et al.,

       Defendants.               <u>ORDER</u>

_____/

        On June 8, 2007, defendants filed a motion to compel an independent physical examination of plaintiff. Fed. R. Civ. P. 35. That motion was noticed pursuant to Local Rule 78-230(m), which required plaintiff to file an opposition within 21 days. Twenty-one days have now passed and plaintiff has not filed an opposition.[1]

        Upon review of the motion and the documents in support, and good cause appearing therefor, THE COURT MAKES THE FOLLOWING FINDINGS:

---

[1] Defendants have provided copies of e-mails from plaintiff suggesting he may be out of the country. However, plaintiff has filed no opposition to the instant motion, either to suggest an alternative location or date. Court records indicate that plaintiff changed his address of record to 1900 Rockbridge Road, Sacramento, CA 95815 on January 25, 2007, and appears to receive documents mailed to that address. (<u>See</u>, <u>e.g.</u>, Objections to Findings and Recommendations, filed February 16, 2007.)

1

1 | Rule 35 of the Federal Rules of Civil Procedure provides as follows:

> When the mental or physical condition (including the blood group) of a party or of a person in the custody or under the legal control of a party, is in controversy, the court in which the action is pending may order the party to submit to a physical or mental examination by a suitably licensed or certified examiner or to produce for examination the person in the party's custody or legal control. The order may be made only on motion for good cause shown and upon notice to the person to be examined and to all parties and shall specify the time, place, manner, conditions, and scope of the examination and the person or persons by whom it is to be made.

Fed. R. Civ. P. 35(a).

The physical condition of the plaintiff is in controversy in this action. Defendants have shown good cause and have provided notice to plaintiff as to the time, place, manner, conditions and scope of the exam to be performed by Dr. Klein. Thus, plaintiff will be directed to submit to an examination of his wrists and ankles by Dr. Klein, a licensed orthopaedic surgeon. Defendants shall bear the cost of such examination.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' June 8, 2007 motion for physical examination is granted.

2. Plaintiff shall submit to the following examination:

August 22, 2007 at 10:00 a.m.

Dr. Michael R. Klein, Board Certified Orthopaedic Surgeon
Offices of MRK Medical Consultants
6555 Coyle Avenue, Suite #235
Carmichael, California  95608

3. Defendants shall bear the cost of such examination.

DATED: July 10, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

001; maga1010.exam