IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIEZER CHAVEZ GARIBAY
aka JOSE LUIS MAGANA,

      Plaintiff,                    No. CIV S-05-1010 RRB JFM P

      vs.

DR. SANDRA M. HAND, et al.,       ORDER

      Defendants.

_____/

      Plaintiff is a former federal prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges defendants were deliberately indifferent to his serious medical needs when his fractured wrist was not properly diagnosed and he was later handcuffed for several hours and days which made his wrist fracture worse, increased his pain and resulted in permanent damage when the wrist failed to heal properly.

      Defendants' motion to dismiss for lack of prosecution or for an order imposing terminating sanctions; and/or alternatively to compel plaintiff's deposition and responses to interrogatories and request for production of documents is presently set for hearing on September 13, 2007 before the undersigned. Pursuant to Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument. In addition, because

1

1 plaintiff has been deported and requests the appointment of counsel, the court's April 19, 2007
2 scheduling order will be vacated. A new scheduling order will issue once the court resolves the
3 appointment of counsel.
4       On July 23, 2007, plaintiff filed an objection to this court's order granting a
5 physical examination, advising the court that he had been deported to Mexico and would
6 therefore be unable to attend the medical examination. The court construes this filing as a timely
7 request for reconsideration of this court's July 11, 2007 order. In light of plaintiff's deportation,
8 and good cause appearing, the July 11, 2007 order granting a physical examination will be
9 vacated.
10       In accordance with the above, IT IS HEREBY ORDERED that:
11       1. The hearing set for September 13, 2007 is vacated.
12       2. The July 11, 2007 order granting a physical examination is vacated.
13       3. The April 19, 2007 scheduling order is vacated, including the March 24, 2008
14 jury trial date.
15 DATED: September 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; maga1010.sub